STATE OF LOUISIANA IN　　　　*　　NO. 2019-CA-0605
THE INTEREST OF G.S.

　　　　　　　　　　　　　　*　　COURT OF APPEAL

　　　　　　　　　　　　　　*　　FOURTH CIRCUIT

　　　　　　　　　　　　　　*　　STATE OF LOUISIANA

　　　　　　　　　　　　　　*

　　　　　　　　　　　　　　*
　　　　　　* * * * * * *


**CHASE, J., CONCURS IN THE RESULT**